# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Hawkes Co., Inc., Pierce Investment Company, and LPF Properties, LLC, | ) Court File No. 13-CV-107 (ADM/TNL) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **PLAINTIFFS' MOTION FOR** |
| | ) **SUMMARY JUDGMENT** |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) ) ) |
| Defendant. | ) ) |

To:  Defendant above-named and its attorneys of record.

Plaintiffs' Hawkes Co., Inc., Pierce Investment Company, and LPF Properties, LLC, will move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment. This motion is based upon all the files, records, and proceedings herein, including the accompanying memorandum.

Dated: August 12, 2015               Respectfully submitted,

                                                GRAY, PLANT, MOOTY,
                                                 MOOTY & BENNETT, P.A.

                                              By s/Gregory Merz
                                                 Gregory R. Merz (#185942)
                                                 Nancy Quattlebaum Burke (#161044)
                                                 500 IDS Center
                                                 80 South Eighth Street
                                                 Minneapolis, MN 55402
                                                 Telephone: (612) 632-3257 / 3029
                                                 Facsimile: (612) 632-4257 / 4029
                                                 Gregory.merz@gpmlaw.com
                                                 Nancy.burke@gpmlaw.com

                                               ATTORNEYS FOR PLAINTIFFS

GP:4095270 v1